IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ERIK LARA VILLEGAS,

Petitioner,

vs.

WARDEN, McCook Detention Center, et al.,

Respondents.

8:26-CV-484

ORDER

IT IS ORDERED:

1. The petitioner's motion to extend (filing 14) is granted.

2. The petitioner may reply in support of his petition on or before September 29, 2026.

Dated this 15th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge