IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ERIK LARA VILLEGAS,

Petitioner,

vs.

WARDEN, McCook Detention Center, et al.,

Respondents.

8:26-CV-484

ORDER

The petitioner has filed a petition for a writ of habeas corpus, seeking immediate release from U.S. Immigration and Customs Enforcement custody. Filing 1. The petitioner was detained on December 1, 2025, and he alleges that his continued detention is unlawful. *See* filing 1; filing 9 at 3.

This is not his first petition. In case no. 8:26-cv-375, on August 6, 2026, this Court conditionally granted his petition for a writ of habeas corpus, and ordered the Court to provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations on or before September, 2026. *Lara Villegas v. Warden, McCook Det. Ctr.*, No. 8:26-CV-375, 2026 WL 2273286 (D. Neb. Aug. 6, 2026). That bond hearing was held and bond was denied. Filing 9 at 3; filing 11-4.

The petitioner asserts that the bond hearing he received was not constitutionally adequate. Filing 1 at 7; *see also* filing 16 at 5-7. The record indicates otherwise. *See* filing 11-4. Rather, most of the petitioner's arguments seem to suggest that the bond hearing was inadequate because properly weighing the evidence would have resulted in his release. *See* filing 16. But to the extent that the petitioner is insisting that outright release, rather than a bond hearing, is the appropriate remedy, the petitioner's argument essentially

invites the Court to reweigh the evidence available to the immigration judge. And of course, this Court does not review the immigration judge's decision de novo, or even for an abuse of discretion—this Court doesn't review the immigration judge's decision *at all*. *See Gvritishvili v. Mullin*, No. 4:26-CV-3123, 2026 WL 1362439, at *1 (D. Neb. May 15, 2026). His remedy is with the Board of Immigration Appeals, not this Court. Accordingly,

IT IS ORDERED:

1. The petition for writ of habeas corpus is denied.

2. A separate judgment will be entered.

Dated this 2nd day of October, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge